101 A.3d 1149

Lonnie DAWSON, Sr. and Wendy Dawson–Jones, Petitioners

v.

CHESTNUT HILL HOSPITAL and Emmanuel
Okolo, M.D., Respondents.

No. 124 EM 2014.

Supreme Court of Pennsylvania.

Oct. 8, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 8th day of October, 2014, the Petition for Review is **DENIED.**

101 A.3d 1149

Vamsidhar VURIMINDI, Petitioner

v.

COURT OF COMMON PLEAS PHILADELPHIA
COUNTY, Respondent.

No. 123 EM 2014.

Supreme Court of Pennsylvania.

Oct. 8, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 8th day of October, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**